# ELECTRONIC RECORD

COA #   10-13-00430-CR                    OFFENSE:  Deadly Conduct

STYLE:  Quincy Deshan Butler v. The State of Texas          COUNTY:  Brazos

TRIAL COURT:        272nd District Court                                    MOTION
TRIAL COURT #:      12-00472-CRF-272         FOR REHEARING IS:  _____
TRIAL COURT JUDGE:  Hon. Travis B. Bryan III    DATE:  _____
DISPOSITION:        AFFIRMED                  JUDGE:  _____

DATE:   January 8, 2015

JUSTICE:  Scoggins          PC         S  YES
PUBLISH:  _____          DNP:  YES

CLK RECORD:   1/2/2014 - 4 volumes      SUPP CLK RECORD:  _____
RPT RECORD:   2/25/2014 - 15 volumes    SUPP RPT RECORD:  _____
STATE BR:     10/14/2014                SUPP BR:  _____
APP BR:       7/14/2014                 PRO SE BR:  _____

## IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                    CCA # __129-15__

----------------------

__PRO SE__ Petition                  Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____
__REFUSED__                          JUDGE: _____
DATE: _04/01/2015_                   SIGNED: _____      PC: _____
JUDGE: _Per Curiam_                  PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN       MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____             _____ ON _____
JUDGE: _____                        JUDGE: _____